## AMERICAN CHICLE CO. *v.* STATE TAX COMMISSION OF NEW YORK.

No. 301.   Decided October 23, 1961.

*Leo A. Diamond* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Robert W. Bush,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.